IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Case No: 8:13CR341 |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| PAUL ROSBERG, | ) | |
| | ) | |
| Defendant. | | |

   **IT IS ORDERED** that Horacio J. Wheelock is appointed as standby attorney of record for the above-named defendant in this matter and shall forthwith file an appearance in this matter.

   **IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

   **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Hor Wheelock.

   DATED this 27th day of September, 2013.

                              BY THE COURT:

                              *Richard G. Kopf*
                              Senior United States District Judge