IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:13CR341 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| PAUL A. ROSBERG, | ) | |
| | ) | |
| Defendant. | ) | |

To clarify the record,

IT IS ORDERED that:

(1) Further progression of this matter is stayed until the defendant's sentencing in Case No. 8:12CR271-1 is held, at which time it is anticipated that this case shall be dismissed.

(2) The time between September 27, 2013 and December 27, 2013 is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161.

Dated November 12, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge