IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:13CR341 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| PAUL ROSBERG, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the Clerk shall close the case of *United States v. Paul Rosberg*, 8:13CR341, because it was resolved by a companion case.

Dated September 11, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge